AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

RECEIVED
JUN 2 8 2006
***SEALED*** CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES OF AMERICA

V.

JUSTIN KILLIAN

**WARRANT FOR ARREST**

CASE NUMBER: 3:06-cr-00041-08-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JUSTIN KILLIAN and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Superseding Indictment  [] Information  [] Complaint  [] Order of Court  [] Violation Notice  [] Probation Violation Petition

charging him or her with (brief description of offense):
21:963, 952 & 960(a) & (b)(1), (b)(3) - CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES - Count 1
21:846, 841(a)(1) & (b)(1)(A) - CONSPIRACY IN RELATION TO MARIJUANA TRAFFICKING - Count 2
21:853(a)(1) & (a)(2) - DRUG FORFEITURE - Count 144

in violation of Title  United States Code, Section(s)

Ida Romack
**REDACTED SIGNATURE**

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

June 21, 2006, at Anchorage, Alaska
Date and Location

by  Magistrate Judge John D. Roberts

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _____

| DATE RECEIVED 6/22/2006 | NAME AND TITLE OF ARRESTING OFFICER  MARC SCHMIDT  DEA | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/26/2006 | | |