IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THOMAS P. RANES, ) | |
| NOPENONE DENNIS SHINE, ) | |
| DYLAN N. BALES, ) | |
| CURTIS H. MCDONALD, ) | |
| KEVIN A. BROWNING, ) | |
| ROBERT H. MCDONALD, ) | |
| JOSHUA S. MURPHY, ) | |
| JUSTIN KILLIAN, ) | |
| RODNEY W. RHODEN, ) | |
| JAMES ROBERT RANES, ) | |
| SAMUEL JOSEPH MATECHUK, ) | |
|     aka "Joe" ) | |
| MITCHELL S. LEBLANC, ) | |
|     aka "Baldie" ) | |
| DANIEL J. KNEITEL, ) | |
|     aka "Aussie", aka "Ozzy" ) | |
| KURTIS R. CROY, ) | |
|     aka "the Photographer" and ) | |
| KYLE MCDONALD-WOLOCHATIUK, ) | |
| ) | |
| Defendants. ) | No. 3:06-cr-00041-RRB-JDR |
| ) | |

**ENTRY OF APPEARANCE**

Allan Beiswenger hereby enters his appearance on behalf of defendant, Justin Killian, and requests that all further pleadings, notices and other materials in this case be served upon him at 1101 West 7th Avenue, Anchorage, Alaska 99501.

DATED: 29 June 2006

                                      LAW OFFICES OF
                                      ALLAN BEISWENGER

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Attorney for Defendant
Justin Killian

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**
I hereby certify that on 29 June 2006, a copy of the foregoing was served electronically on the U.S. Attorney's office.

s/Allan Beiswenger