```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.  JUSTIN KILLIAN          CASE NO. 3:06-cr-00041-08-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:              JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:             ROBIN M. CARTER

UNITED STATES' ATTORNEY:           FRANK RUSSO

DEFENDANT'S ATTORNEY:              ALLEN BEISWENGER - APPOINTED

U.S.P.O.:                          PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT HELD 6/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:04 a.m. court convened.

X Copy of Superseding Indictment given to defendant; waived
  reading.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Financial Affidavit **FILED.**
   X Federal Public Defender to appoint CJA counsel; FPD notified.

X PLEAS: Not guilty to counts 1-2 and denied count 144 of the
  Superseding Indictment.

X Detention uncontested.  Order of Detention Pending Trial **FILED**.

X Counsel advised of trial date: **2/12/07 at 8:30 a.m.**; FPTC set
for **2/2/07 at 9:00 a.m.** Counsel to meet and confer by **7/15/06**.
Court to issue order re pretrial motions.

At 10:24 a.m. court adjourned.


DATE: June 28, 2006            DEPUTY CLERK'S INITIALS: rc