IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THOMAS P. RANES, ) | |
| NOPENONE DENNIS SHINE, ) | |
| DYLAN N. BALES, ) | |
| CURTIS H. MCDONALD, ) | |
| KEVIN A. BROWNING, ) | |
| ROBERT H. MCDONALD, ) | |
| JOSHUA S. MURPHY, ) | |
| JUSTIN KILLIAN, ) | |
| RODNEY W. RHODEN, ) | |
| JAMES ROBERT RANES, ) | |
| SAMUEL JOSEPH MATECHUK, ) | |
|     aka "Joe" ) | |
| MITCHELL S. LEBLANC, ) | |
|     aka "Baldie" ) | |
| DANIEL J. KNEITEL, ) | |
|     aka "Aussie", aka "Ozzy" ) | |
| KURTIS R. CROY, ) | |
|     aka "the Photographer" and ) | |
| KYLE MCDONALD-WOLOCHATIUK, ) | |
| ) | |
| Defendants. ) | No. 3:06-cr-00041-RRB-JDR |
| ) | |

**MOTION FOR RELEASE FROM CUSTODY**

Comes now the Defendant, Justin Killian, by and through his counsel, and hereby requests that the Court schedule a hearing for purposes of addressing Mr. Killian's bail and conditions of release.

At his arraignment on June 28, 2006, Mr. Killian did not contest his detention, and no detention hearing was held. But Mr. Killian was provided the

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

opportunity to address his detention at a later time.  Mr. Killian is proposing that he be released to the custody of Kendra Harding, Lynda Killian, and/or David Oakden.  Copies of their Applications to Serve as Third Party Custodians will be served on pre-trial services in the U.S. Attorney's Office.  Mr. Killian is requesting that he be allowed to continue with his employment at International Bridge Corporation.  Mr. Killian is also willing to be on electronic monitoring.

It is requested that the Court schedule a bail/detention hearing at its earliest convenience.

DATED: 7 July 2006

LAW OFFICES OF
ALLAN BEISWENGERAttorney for Defendant
Justin Killian

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**
I hereby certify that on 7 July 2006, a copy of the foregoing was served electronically on the U.S. Attorney's office.

s/Allan Beiswenger