(Rev 6/06)

# LIST OF EXHIBITS

Case No. 3:06-CR-00041-08-RRB   Magistrate Judge/~~Judge~~: John D. Roberts

Title   U.S.A.
vs.   Justin Killian

Dates of Hearing/~~Trial~~: August 15, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Frank Russo | Allan Beiswenger |
| Michael T. Burke | |
| | |

------EXHIBITS------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | ✓ | 8/15 | Audio Recording | | | | |