MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs   JUSTIN KILLIAN       CASE NO.  3:06-CR-00041-08-RRB
Defendant: X Present     X In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

UNITED STATES ATTORNEY:     SHAWN FULLER

DEFENDANT'S ATTORNEY:       ALLAN BEISWENGER

U.S.P.O.:                   PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT
             Held 12/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:35 p.m. court convened.

 X Copy of Second Superseding Indictment given to defendant: waived reading.

 X Defendant advised of general rights, charges and penalties; waived full advisement of rights.

 X Defendant waived reading of the Second Superseding Indictment.

 X PLEAS: Not Guilty to Counts 1, 2 and 141 of the Second Superseding Indictment.

 X Defendant's detention continued.

 X Pretrial motions due **January 12, 2007** with respect to new allegations only.

 X OTHER: Court directed counsel to file Attorney Conference Certificate on or before **December 29, 2006.**  Court directed counsel to indicate defendant's number on all pleadings that are filed.

At 3:42 p.m.

DATE:    December 20, 2006      DEPUTY CLERK'S INITIALS:   ce