# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### USA  v.  RANES, et al.

DATE:   December 22, 2006   CASE NO.   3:06-cr-0041-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

================================================================

       Pursuant to the Non-Opposed Motion to Continue Trial filed by Defendant Shine at Docket 322, a status hearing regarding the trial date will be held on **Thursday, January 11, 2007,** at **8:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.