IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUSTIN KILLIAN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-00041-08-RRB |

**NOTICE OF CHANGE OF PLEA**

Comes now Defendant, JUSTIN KILLIAN, through his counsel, Allan Beiswenger, and hereby gives notice of his intent to change his plea in accordance with a plea agreement which is in the process of being reviewed and signed. The defense requests a time for the hearing convenient to the court and counsel.

Respectfully submitted this 7th day of September, 2007.

              LAW OFFICES OF
              ALLAN BEISWENGER
              Attorney for Defendant
              Justin Killian

              s/ Allan Beiswenger
              1101 W 7th Avenue
              Anchorage, AK  99501
              Phone: (907) 868-1280
              Fax: (907) 258-6419
              E-mail: beiswenger@ak.net
              Alaska Bar No. 7706074

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25