MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JUSTIN KILLIAN_____    CASE NO. 3:06-CR-00041-08-RRB
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____SAMANTHA LARK_____

UNITED STATES' ATTORNEY:____FRANK RUSSO_____

DEFENDANT'S ATTORNEY:_____ALLAN D. BEISWENGER_____

U.S.P.O.:_____PAMELA SHAW_____

PROCEEDINGS: STATUS CONFERENCE (PROPOSED CHANGE OF PLEA HEARING)
         HELD 09/14/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:05 a.m. court convened.

Court and counsel heard re Plea Agreement.

Court and Counsel Heard re Defendant's oral motion to continue
hearing; **GRANTED**.  Continued Proposed Change of Plea Set
**September 25, 2007 at 9:00 a.m.**

Defendant's detention continued.

At 11:09 a.m. court adjourned.

DATE: September 14, 2007____    DEPUTY CLERK'S INITIALS: sal_____

Revised 6-18-07