MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __JUSTIN KILLIAN_____ CASE NO. 3:06-CR-00041-08-RRB__
Defendant: __X_ Present __X_ In Custody

BEFORE THE HONORABLE:_____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:_____SAMANTHA LARK_____

UNITED STATES' ATTORNEY:_____FRANK RUSSO_____

DEFENDANT'S ATTORNEY:_____ALLAN D. BEISWENGER_____

U.S.P.O.:_____PAMELA SHAW_____

PROCEEDINGS: CONTINUED PROPOSED CHANGE OF PLEA HEARING HELD
              09/25/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:07 a.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights, charges and penalties.

_X_ Defendant stated true name:___same as above_____Age:_31____

_X_ Defendant changed plea to guilty on count_2 of the Second____
Superseding Indictment. Count 1 of the Second Superseding_____
Indictment to be dismissed at the Imposition of Sentence._____
Government to file notice of forfeiture regarding count 141 of__
the Second Superseding Indictment._____

_X_ Court accepted plea. Referred to P.O. for Presentence
Report.

_X_ Imposition of Sentence set for **December 7, 2007 at 9:00 a.m.**

_X_ Defendant's detention continued.

_X_ OTHER:_Court and counsel heard re defendant's oral motion to_
withdraw defendant's motion at (DKT 560); Court instructed Mr.__
Beiswenger to file written motion._____

At 9:24 a.m. court adjourned.


DATE:_September 25, 2007_____ DEPUTY CLERK'S INITIALS:__sal___

Revised 6-18-07