IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-041-08-RRB |
| | ) | |
| Plaintiff, | ) | **PRELIMINARY ORDER OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| JUSTIN KILLIAN (D-8), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 32.2(b) and based upon defendant

JUSTIN KILLIAN's September 25, 2007 Plea Agreement and guilty plea to Count 2 of the

Second Superseding Indictment, and pursuant to the agreement to the forfeiture set forth in

the Plea Agreement and Criminal Forfeiture Count 141, and the Court's acceptance of the

defendant's guilty plea and Plea Agreement, the Court finds that the defendant's interest, if

any, in the following property as well as that listed in Count 141 and the Bill of Particulars,

is property constituting or derived from any proceeds the defendant obtained, directly or

indirectly, as the result of such violation, to which the defendant has pled guilty and been

convicted, and property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of, such violations, thereby rendering said property subject to

forfeiture under 21 U.S.C. § 853(a)(1) and (2):

  A.   Vehicles Used to Facilitate Crimes

      1.   2004 BLACK MERCEDES-BENZ MODEL E55, SEDAN 4-DOOR,
           Alaska License Number ERK649, VIN WDBUF76J54A421493;

      2.   2005 BEIGE FORD F250 SUPER DUTY, 4-DOOR EXTENDED CAB
           PICKUP TRUCK, Alaska License Number EVG533, VIN

1FTSX21P95ED33593;

3.  2001 WHITE 5TH WHEEL GOOSENECK FLATBED TRAILER, Alaska License Number 1769SH, VIN 5BYEG24201E000551;

4.  2005 SILVER TRITON ENCLOSED SNOWMACHINE TRAILER, Alaska License Number 9091RN, VIN 4TCSU22045HP01335;

5.  2000 BLACK FORD F350 EXTENDED CAB DUALLY PICKUP TRUCK, Alaska License Number ENF430, VIN 1FTWX33F2YEC74029; and

6.  2006 FLATBED ALUMINUM TRAILER, Alaska License Number 5115RN.

B.  <u>Equipment Used to Facilitate Crimes</u>

1.  VOLVO L-110E FRONT END LOADER;

2.  SMITH & WESSON .45 CALIBER 1911 PISTOL, Serial Number JRE9940; and

3.  GLOCK MODEL 36 .45 CALIBER ACP PISTOL (Single Stack), Serial Number FNW506.

C.  <u>Proceeds of Crimes</u>

1.  2001 BLUE FORD MUSTANG GT COUPE, Alaska License Number EPH366, VIN 1FAFP42X91F124652;

2.  2004 BLACK FORD EXPEDITION EDDIE BAUER, 4-DOOR WAGON/SPORT UTILITY, Alaska License Number EMC331, VIN 1FMPU18L94LA04832;

3.  2003 H2 HUMMER, Alabama License Number unknown, VIN unknown;

4.  2002 BLACK SLND FLATBED, Alaska License Number 5271RL, VIN 2S9EB331X21029929;

5.   2005 WHITE TRAILKING FLATBED TRAILER, Alaska License Number 4191SK, VIN 1TKU016285M010123;

6.   1993 BLUE FORD F250 SUPER CAB PICKUP TRUCK with diamond plate bed side protectors, Alaska License Number 9267CX, VIN 1FTHX26H2PKA88541;

7.   2004 WHITE FORD F450 SUPER DUTY, 4-DOOR EXTENDED CAB CHASIS, Alaska License Number ETD875, VIN 1FDXX47P84EC50305;

8.   2006 TAN TRAILKING FLATBED TRAILER, Alaska License Number, 5702SK, VIN 1TKU016286M072915;

9.   2002 BLACK HAULMARK ENCLOSED FLATBED CAR TRAILER, Alaska License Number 8686RP, VIN 4XSGB28232G037941;

10.  YELLOW FLATBED TOW TRUCK, acquired from Green's Towing, Alaska License Number unknown, VIN unknown;

11.  2004 YELLOW INTERNATIONAL FLATBED TOW TRUCK, Alaska License Number EMF695, VIN 1HTMMAAM44H654555;

12.  2003 FORD MUSTANG COBRA, STREET LEGAL DRAGSTER, manufactured by SKINNY KID RACING, Color: Yellow with Red Flames;

13.  1964 RED PONTIAC GTO, 2-door, Alaska License Number EWK484, VIN 824F23210

14.  Customized GOLF CART;

15.  1971 GREEN CHEVROLET STANDARD CAB SHORTBED 4X4 PICKUP TRUCK, Alaska License Number ENT716, Serial Number KE141S669517;

16.  1994 BLUE FORD F350 DUALLY CREW CAB 4X4 PICKUP TRUCK, Alaska License Number EHD375, VIN 1FTJW36H9REA36299;

17.    2001 MALIBU WAKESETTER BOAT, Model 21VL, Hull Number US-MB2K6978F303, including accessories;

18.    HAULMARK BOAT TRAILER, Model Po110590, Manufactured by Extreme Engineering, VIN 5DBBB22253R000903, Alabama License Plate Number 5TR3916;

19.    1994 CHEVROLET KODIAK C6H042 TOW TRUCK, With Tow Equipment, VIN 1GBE6H1J6RJ107351, Alaska License Number DYL348;

20.    1996 HAULMARK G824T3 ENCLOSED CAR TRAILER, VIN 16HGB2420TU004179;

21.    2004 SEA DOO BOMBARDIER RXP JET SKI, VIN ZZN42618C404;

22.    2004 SEA DOO BOMBARDIER RXP JET SKI, VIN ZZN57196F404;

23.    2004 SHORELANDER MIDWEST DUAL JET SKI 2200 TRAILER, VIN 1MDKNKK124A281488;

24.    2005 POLARIS ATV SPORTSMAN 800 EFI, VIN 4XAMH76A65A611162;

25.    2005 POLARIS ATV SPORTSMAN 800 EFI, VIN 4XAMH76A05A381103;

26.    2005 POLARIS MODEL S05PL8DSC SNOWMACHINE, VIN SN1PL8DS25C540503, Alaska License Number SD0331;

27.    1998 SKI DOO SNOWMACHINE, VIN 140700798;

28.    WEATHERBY MARK V .338 CALIBER RIFLE, Serial Number SS008083;

29.    SMITH & WESSON MODEL 329 .44 MAGNUM REVOLVER, Serial Number CFZ3604; and

30.    1990 FORD MUSTANG RACE CAR, BLUE, Alaska License Number DXS406, VIN 1FACP40E3LF200941.

31.    $25,000.00 IN UNITED STATES CURRENCY CONVERTED TO A CASHIER'S CHECK MADE OUT TO THE U.S. MARSHALS SERVICE, EPIC NO. 658135 (SEIZED 6/26/06, PURSUANT TO A CONSENT SEARCH OF KILLIAN'S GIRLFRIEND, KENDRA HARDING'S 2003 GMC YUKON);

32.    2004 FORD F-250 PICKUP TRUCK, BLACK IN COLOR, BEARING ALASKA LICENSE PLATE ESX174, VIN AFTNW21P44EC05499; and

33.    2004 TRITON ELITE ALUMINUM TRAILER, BEARING ALASKA LICENSE PLATE 5609RN, VIN 4TCSS21494H102505.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-described property is hereby condemned and forfeited to the United States of America pursuant to 21 U.S.C. § 853, and the defendant shall forthwith forfeit all his right, title and interest, if any, that he has in said property.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), the United States Marshals Service, or its contractor, is authorized to seize and take possession of the above-described property and hold such in its secure custody and control until further order of this Court, may conduct any discovery the Court considers proper in identifying, locating, or disposing of said property, and to commence proceedings that comply with any statutes governing third-party rights.

Pursuant to 21 U.S.C. § 853(n), the United States Marshals Service shall publish notice of this Preliminary Order of Forfeiture and of the United States' intent to dispose of the property in such manner as the Attorney General may direct.  The notice shall be

published once in each of three consecutive weeks in the Anchorage Daily News or any other appropriate newspaper of general circulation. The notice shall state that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

The notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property. The petition shall also set forth any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice as substitute for published notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture. Upon adjudication of all third-party interests, this Court shall enter a final order of forfeiture in which all interests will be addressed.

DATED: 11/16/07

_____
HON. RALPH R. BEISTLINE
United States District Court Judge