UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )   CASE NO. 3:06-cr-00041-08-RRB
v.                                )
                                  )   **RELEASE ORDER**
JUSTIN KILLIAN,                   )
                                  )
        Defendant.                )
_____)

TO:   UNITED STATES MARSHAL

    Defendant, Justin Killian, has this date met the bail conditions indicated below and is ordered discharged from custody.

| | |
|---|---|
| __X__ | Released to <u>Audrey C. Howard, David L. Oakden and Lynda Killian</u>, the third party custodians; |
| ___ | Paid cash bail in the amount of   to the Clerk of Court; |
| __X__ | Posted unsecured bond in the amount of <u>$50,000.00</u>; |
| ___ | Posted bond secured by property or surety in the amount of   with the Clerk of Court; |
| ___ | Surrendered passport to the Clerk of Court; |
| ___ | Other. |

    Dated at Anchorage, Alaska, this 20th day of December, 2007.

                        IDA ROMACK, Clerk of Court

                    BY:  **REDACTED SIGNATURE**
                         _____
                         Deputy Clerk

RELEASE ORDER
[]{RELEASE.WPD*Rev.2/97}