IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JUSTIN KILLIAN, ) | |
| ) | |
| Defendants. ) | No. 3:06-cr-00041-RRB-JDR |
| ) | |

**UNOPPOSED MOTION FOR
MODIFICATION OF CONDITIONS OF RELEASE**

Comes now Defendant, Justin Killian, through his attorney Allan Beiswenger, and hereby requests that his Release Order (Docket 679) and Order of Conditions of Release (Docket 676) be modified to remove the third-party custodian requirement, and to allow the Defendant to reside at his residence at 7001 Cathleen Circle, Palmer, Alaska.

Mr. Killian is scheduled to be sentenced on May 30, 2008. He was released pending sentencing on December 20, 2007, to the third-party custody of his mother, Linda Killian, her boyfriend, David Oakden, or a friend, Audrey Howard. He further was placed on electronic monitoring, and a curfew was set from 9:00 p.m. to 6:00 a.m.

Subsequent to his release, Mr. Killian obtained employment with L.H. Construction where he remains employed. There have been no violations of the conditions of his release. It is his desire to have the third-party custodian requirement

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

1  removed, so that he can return to his residence to live.  The electronic monitoring,

2  curfew, and other conditions of release would remain in place.

3  The Assistant U.S. Attorney, Frank Russo, has indicated via email that

4  he does not oppose the requested modification.

5  DATED: 13 March 2008

6

7  LAW OFFICES OF
   ALLAN BEISWENGER
8  Attorney for Defendant
   Justin Killian

9
   s/ Allan Beiswenger
10 1101 W 7th Avenue
   Anchorage, AK  99501
11 Phone: (907) 868-1280
   Fax: (907) 258-6419
12 E-mail: beiswenger@ak.net
13 Alaska Bar No. 7706074

14

15 **CERTIFICATE OF SERVICE**
   I hereby certify that on 13 March 2008, a copy of the
16 foregoing was served electronically on the U.S.
   Attorney's office.
17
   s/Allan Beiswenger
18

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JUSTIN KILLIAN, ) | |
| ) | |
| Defendants. ) | No. 3:06-cr-00041-RRB-JDR |
| ) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

The unopposed Motion by Defendant for Modification of his Conditions of Release is hereby Granted. The RELEASE ORDER (Document No. 679) and ORDER SETTING CONDITIONS OF RELEASE (Document No. 676), both dated December 20, 2007, are hereby modified to remove the third-party custodian requirement. Defendant shall be able to reside at his residence at 7001 Cathleen Circle, Palmer, Alaska. All other conditions of release, including electronic monitoring and a curfew, shall remain in effect.

Dated: _____

Ralph R. Beistline
United States District Judge

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419