IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JUSTIN KILLIAN, | ) | |
| | ) | |
| Defendants. | ) | No. 3:06-cr-00041-RRB-JDR |
| | ) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

The unopposed Motion by Defendant for Modification of his Conditions of Release is hereby Granted.  The RELEASE ORDER (Document No. 679) and ORDER SETTING CONDITIONS OF RELEASE (Document No. 676), both dated December 20, 2007, are hereby modified to remove the third-party custodian requirement.  Defendant shall be able to reside at his residence at 7001 Cathleen Circle, Palmer, Alaska.   All other conditions of release, including electronic monitoring and a curfew, shall remain in effect.

Dated: 3/14/08

Ralph R. Beistline
United States District Judge

Allan Beiswenger
Attorney at Law
1101 W 7ᵗʰ Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419