IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUSTIN KILLIAN, )<br>)<br>Defendants. )<br>_____ ) | No. 3:06-cr-00041-RRB-JDR |

**UNOPPOSED MOTION FOR**
**MODIFICATION OF CONDITIONS OF RELEASE**

Comes now Defendant, Justin Killian, through his attorney Allan Beiswenger, and hereby requests that his Release Order (Docket 679) and Order of Conditions of Release (Dockets 676 and 740) be modified to change his curfew.

Mr. Killian is scheduled to be sentenced on May 30, 2008. He was released pending sentencing on December 20, 2007, to the third-party custody of his mother, Linda Killian, her boyfriend, David Oakden, or a friend, Audrey Howard. He further was placed on electronic monitoring, and a curfew was set from 9:00 p.m. to 6:00 a.m. His conditions of release were subsequently modified to allow him to reside at his residence in Palmer, but his curfew remained. (Docket 740).

Subsequent to his release, Mr. Killian been employed in temporary positions, but recently secured full-time employment with AIC Construction as a foreman on several projects in Anchorage. The scheduled work day is from 7:00 a.m. to 6:00 p.m., but as foreman, Mr. Killian will need to be present at the work sites prior

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

to the arrival of the workers, and remain later to arrange for the following day. In order to accommodate for travel time from Palmer, Alaska, it is requested that the curfew be modified from 9:00 p.m. to 6:00 a.m., to 10:00 p.m. to 5:00 a.m.

There have been no violations of the conditions of his release. The Assistant U.S. Attorney, Frank Russo, and the Probation Officer, Paula McCormick, have indicated that they do not oppose this request.

DATED: 5 May 2008

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Defendant
Justin Killian

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**
I hereby certify that on 5 May 2008, a copy of the foregoing was served electronically on the U.S. Attorney's office.

s/Allan Beiswenger

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUSTIN KILLIAN, )<br>)<br>Defendants. )<br>) | No. 3:06-cr-00041-RRB-JDR |

## ORDER MODIFYING CONDITIONS OF RELEASE

The unopposed Motion by Defendant for Modification of his Conditions of Release is hereby Granted. The RELEASE ORDER (Document No. 679) and ORDER SETTING CONDITIONS OF RELEASE (Document No. 676), both dated December 20, 2007, and subsequent modification (Document 740) are hereby modified to change the Defendant's curfew to 10:00 p.m. to 5:00 a.m. All other conditions of release shall remain in effect.

Dated: _____

_____
Ralph R. Beistline
United States District Judge

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419