IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JUSTIN KILLIAN, ) | |
| ) | |
| Defendants. ) | No. 3:06-cr-00041-RRB-JDR |
| ) | |

**ORDER MODIFYING CONDITIONS OF RELEASE**

The unopposed Motion by Defendant for Modification of his Conditions of Release is hereby Granted. The RELEASE ORDER (Document No. 679) and ORDER SETTING CONDITIONS OF RELEASE (Document No. 676), both dated December 20, 2007, and subsequent modification (Document 740) are hereby modified to change the Defendant's curfew to 10:00 p.m. to 5:00 a.m. All other conditions of release shall remain in effect.

Dated: May 6, 2008

Ralph R. Beistline
United States District Judge

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419