IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUSTIN KILLIAN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cr-00041-08-RRB |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Comes now Defendant, Justin Killian, by and through his attorney, Allan Beiswenger, and hereby moves for a continuance of his sentencing hearing currently scheduled for May 30, 2008, for a period of approximately three weeks. This request is made for purposes of providing additional time to review the Presentence Report, and prepare for sentencing.

Assistant United States Attorney Frank Russo has indicated that he does not oppose this request. Undersigned counsel will not be available June 16-18, 2008.

Respectfully submitted this 15th day of May, 2008.

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Defendant
Justin Killian

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

1  **CERTIFICATE OF SERVICE**

I hereby certify that on 15 May 2008, a copy of the
2  foregoing was served electronically on the U.S.
Attorney's office.

3
s/Allan Beiswenger

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25