Case 3:06-cr-00041-RRB    Document 796    Filed 05/22/2008    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| JUSTIN KILLIAN, ) | |
| Defendant. ) | Case No. 3:06-cr-00041-08-RRB |

**THIRD UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

Comes now Defendant, Justin Killian, through his attorney Allan Beiswenger, and hereby requests that his Release Order (Docket 679) and Order of Conditions of Release (Dockets 676, 740, and 759) be modified to allow his probation officer, Ms. Paula McCormick, to vary his curfew in order to accommodate Mr. Killian's work schedule.

Mr. Killian is scheduled to be sentenced on July 2, 2008. He was released from custody pending sentencing on December 20, 2007, initially to the third-party custody of his mother, Linda Killian, her boyfriend, David Oakden, or a friend, Audrey Howard. He further was placed on electronic monitoring, and a curfew was set from 9:00 p.m. to 6:00 a.m. His conditions of release were subsequently modified to allow him to reside at his residence in Palmer, but his curfew remained. (Docket 740). A subsequent modification changed the curfew to 10:00 p.m. to 5:00 a.m. (Document 759).

//

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419

1  Mr. Kilian is employed with AIC Construction as a foreman on several
2  projects in Anchorage. Though the normal work day is from 7:00 a.m. to 6:00 p.m., to
3  accommodate traffic and other matters, he is required to work occasionally during the
4  nights. For example, his company needs to have the water turned off for a period of
5  time to put in lines, and this can only happen during the nighttime. To accommodate
6  his schedule, it is requested that his probation officer be allowed to authorize changes
7  in his curfew without the need to return to Court on each such occasion. There have
8  been no violations of the conditions of his release, and Mr. Killian will remain on
9  electronic monitoring through the U.S. Probation Office. The Assistant U.S. Attorney,
10 Frank Russo, and the Probation Officer, Paula McCormick, have indicated that they do
11 not oppose this request.

Respectfully submitted this 22nd day of May, 2008.

LAW OFFICES OF
ALLAN BEISWENGER
Attorney for Defendant
Justin Killian

s/ Allan Beiswenger
1101 W 7th Avenue
Anchorage, AK  99501
Phone: (907) 868-1280
Fax: (907) 258-6419
E-mail: beiswenger@ak.net
Alaska Bar No. 7706074

**CERTIFICATE OF SERVICE**
I hereby certify that on 22 May 2008, a copy of the foregoing was served electronically on the U.S. Attorney's office.

s/Allan Beiswenger

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JUSTIN KILLIAN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:06-cr-00041-08-RRB |

**ORDER MODIFYING CONDITIONS OF RELEASE**

The Third Unopposed Motion by Defendant for Modification of his Conditions of Release is hereby GRANTED. The RELEASE ORDER (Document No. 679) and ORDER SETTING CONDITIONS OF RELEASE (Document No. 676), both dated December 20, 2007, and subsequent modifications (Documents 740 and 759) are hereby modified to allow U.S. Probation Officer Paula McCormick to consent to variations of Mr. Killian's curfew for purposes of accommodating Mr. Killian's work schedule. All other conditions of release shall remain in effect.

Dated: _____

_____
Ralph R. Beistline
United States District Judge

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419