IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JUSTIN KILLIAN, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:06-cr-00041-08-RRB |

**ORDER MODIFYING CONDITIONS OF RELEASE**

The Third Unopposed Motion by Defendant for Modification of his Conditions of Release is hereby GRANTED. The RELEASE ORDER (Document No. 679) and ORDER SETTING CONDITIONS OF RELEASE (Document No. 676), both dated December 20, 2007, and subsequent modifications (Documents 740 and 759) are hereby modified to allow U.S. Probation Officer Paula McCormick to consent to variations of Mr. Killian's curfew for purposes of accommodating Mr. Killian's work schedule. All other conditions of release shall remain in effect.

Dated: 5/22/08

S/RRB
Ralph R. Beistline
United States District Judge

Allan Beiswenger
Attorney at Law
1101 W 7th Ave.
Anchorage, AK 99501
(907) 868-1280
Fax (907) 258-6419