NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-00041-08-RRB |
| Plaintiff, | ) |
| vs. | ) UNITED STATES' SENTENCING |
| | ) MEMORANDUM |
| JUSTIN KILLIAN, | ) |
| Defendant. | ) |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT.** . . . . . . . . . . . . . . . . . . . . . **100 MONTHS**

**SUPERVISED RELEASE.** . . . . . . . . . . . . . . . . . . . . . . . . **5 YEARS**

**SPECIAL ASSESSMENT.** . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**

The United States Probation Office ("USPO") has prepared a presentence investigation report ("PSR") in this case. The United States agrees with the factual and legal findings of the USPO.

## I.     BACKGROUND

The defendant was part of an international drug and money laundering conspiracy that is set forth in detail in the PSR. The First Superseding Indictment, to which the defendant pled guilty, names him as a distributor of marijuana. Essentially, the defendant was a friend and business associate of Ranes who joined the conspiracy in or about the Fall of 2004. In his capacity as co-conspirator, the defendant distributed marijuana and assisted Ranes by boxing up marijuana when it arrived in Anchorage. He also introduced Ranes to Rodney Rhoden, who became a driver for the conspiracy.

## II.    THE PLEA AGREEMENT

The defendant pled guilty to count 2 (conspiracy to distribute marijuana) of the Second Superseding Indictment. The defendant also agreed to forfeiture of money and assets that were proceeds of marijuana trafficking. As far as relevant conduct, the defendant admitted that "[d]uring the course of my involvement in the

conspiracy, this group imported over 700 kilograms of marijuana." Plea Agreement, p. 4.

### III. GUIDELINE APPLICATIONS

The plea agreement accurately predicted the defendant's total adjusted offense level of 27. However, the plea agreement underestimated the defendant's criminal history by one category. The PSR found that he was in category IV, rather than III. Therefore, the defendant's advisory sentencing guideline range is 100 to 125 months.

### IV. APPLICATION OF 18 U.S.C. § 3553(a)

Application of the factors set forth in 18 U.S.C. § 3553(a) supports the imposition of a sentence at the low end of the guideline range. Compared to his co-defendants, the defendant has a lengthy criminal history, involving a felony for marijuana distribution, and misdemeanors for assault, battery, and driving while intoxicated. Based upon his history, the longest time the defendant served in jail prior to this case was 135 days. Moreover, it is hard to imagine a more serious criminal endeavor to become involved with: an international drug and money laundering conspiracy that involved a murder.

Given that the defendant was a distributor and facilitator of a multi-million dollar conspiracy, a serious sentence is warranted. Accordingly, the government requests a sentence of 100 months, followed by five years supervised release. A $100 special assessment is mandatory. The defendant is required to forfeit his interest in the assets set forth in the plea agreement.

RESPECTFULLY SUBMITTED this  25th  day of June, 2008 in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/ Frank V. Russo
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska  99513-7567
        (907) 271-5071
        (907) 271-1500 (fax)
        Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on June 25, 2008, via:

    (X) Electronic case filing notice

Allan Beiswenger, Esq.

Executed at Anchorage, Alaska, June 25, 2008.

s/Frank V. Russo
Office of the U.S. Attorney