MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___JUSTIN KILLIAN___   CASE NO. 3:06-CR-00041-08-RRB
Defendant: X Present  X On Bond

BEFORE THE HONORABLE:           RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:          DENALI ELMORE

UNITED STATES' ATTORNEY:        FRANK RUSSO

DEFENDANT'S ATTORNEY:           ALLAN BEISWENGER

U.S.P.O.:                       PAMELA SHAW

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 7/2/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

X Notice of Appeal form given to defendant.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of time served as to count 2 of the Second Superseding Indictment.

X Defendant placed on supervised release for a period of  5  years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Fined $10,000.00

X Special Assessment $100.00, due immediately.

X On motion of the U.S. Attorney, remaining count  1  of the Second Superseding Indictment **DISMISSED.**

X Bond exonerated.

X Court advised defendant of appeal rights.

X Payment coupon given to defendant.

X OTHER: Government's motion at docket 876 was **GRANTED.** Defendant's rights to the property listed in Forfeiture Count 141 of the Second Superseding Indictment were **FORFEITED.**
At 9:58 a.m. court adjourned.

DATE:       JULY 2, 2008       DEPUTY CLERK'S INITIALS:   DJE

Revised 6/18/07